IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARVA VERKLER | * | |
|     Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| MICKEY D. STUMBAUGH and THE | * | NO: 4:03CV00995 SWW |
| CITY OF CABOT, ARKANSAS | * | |
| | * | |
|     Defendants | * | |
| | * | |
| | * | |

## ORDER

Before the Court is Plaintiff's motion to voluntarily dismiss this case, without prejudice. The time for responding has passed, and Defendants have filed no objections to Plaintiff's motion. Pursuant to Federal Rule of Civil Procedure 41(2), Plaintiff's motion to dismiss (docket entry #15) is GRANTED. Pursuant to the judgment entered together with this order, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF SEPTEMBER, 2005.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE