IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARVA VERKLER | * | |
|       Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | |
| MICKEY D. STUMBAUGH and THE | * | NO: 4:03CV00995 SWW |
| CITY OF CABOT, ARKANSAS | * | |
| | * | |
|       Defendants | * | |
| | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF SEPTEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE